IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| RONALD BUNTON, #620942 | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-02-598 |
| | § | |
| MONROE KRUEZER | § | |

### FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 2nd day of April, 2007.

Samuel B. Kent
United States District Judge